IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NSA AUTO TRANSPORT, LLC,

    Plaintiff,

v.                                        Civil Action No. 3:22-cv-00671
                                              Richmond Circuit Court Case No. 22003987-00

CONTRACT FREIGHTERS, INC.,

    Defendant.

## AMENDED NOTICE OF REMOVAL

Defendant Contract Freighters, Inc., ("CFI"), by counsel, pursuant to 28 U.S.C. 1441 and 1446, hereby files this *Amended Notice of Removal* on the following grounds:

1. Plaintiff NSA Auto Transport, LLC, filed a Complaint in the Circuit Court for the City of Richmond on August 30, 2022, seeking $500,000.00 in compensatory damages against CFI. In his Complaint, Plaintiff alleges property damage only to a vehicle following an accident that occurred in Troutdale, Oregon on June 4, 2022.

2. The Plaintiff served CFI on September 19, 2022.

3. CFI timely filed an Answer to the Complaint, which included an objection to venue, and a Motion to Dismiss pursuant to Va. Code Ann. § 8.01-265[1] on October 11, 2022.

4. CFI timely and properly filed a Notice of Removal on the basis of diversity jurisdiction and Motion to Dismiss for Improper Venue/Transfer Venue with the U.S. District Court for the Eastern District of Virginia, Richmond Division, on October 19, 2022.

---

[1] Virginia Code Section 8.01-265 is the Commonwealths equivalent to a Federal Rule 12(b)(3) Motion to Dismiss.

5. On January 20, 2023, the Court entered an Order requiring CFI to file an Amended Notice of Removal including, with specificity, the names and citizenship of the members of the unincorporated Plaintiff LLC.

6. Plaintiff is a domestic limited liability company that operates a long-haul trucking business. The sole member and owner of NSA Auto Transport, LLC is M. Naseem Rahimi, a citizen of Virginia.[2]

7. CFI is an entity incorporated in Missouri.

8. CFI's principal place of business is Joplin, Missouri.

9. The action involves a controversy between citizens of different states. There is complete diversity of citizenship.

10. The amount in controversy exceeds the jurisdictional limits of $75,000.00.

11. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a). CFI desires to remove this action to this Court.

12. Pursuant to 28 U.S.C. § 1446 (b), the original Notice of Removal was timely and properly filed within thirty (30) days after CFI was served with the Complaint, the pleading setting forth the claims upon which Plaintiff's action is based.

13. Pursuant to 28 U.S.C. § 1441(a), for the purposes of removal, venue of this removal action is proper in the Eastern District of Virginia, Richmond Division, because it is in the district and division embracing the place where the state court action is pending.

---

[2] Exhibit 2 to Plaintiff's Response in Opposition to CFI's Motion to Transfer Venue includes a Declaration of M. Naseem Rahimi establishing citizenship. Ex. 2, Pl.'s Br. Opp., ECF Dkt. No. 7.

14.     Promptly after filing the Notice of Removal, Defendant gave written notice of the removal to Plaintiff, the adverse party, and filed a copy of this Notice of Removal with the Circuit Court for Richmond City, as required by 28 U.S.C. § 1446(d).

15.     CFI demands a trial by Jury.

WHEREFORE, Defendant Contract Freighters, Inc., by counsel, respectfully requests that this action be removed from the Richmond City Circuit Court to this Court.

CONTRACT FREIGHTERS, INC.,

By: /s_____
D. Cameron Beck, Jr. (VSB No. 39195)
Sarah K. Knarzer (VSB No. 97063)
MCCANDLISH HOLTON, PC
P.O. Box 796
1111 E. Main Street, Suite 2100
Richmond, Virginia 23219
Tel.: (804) 344-6322
Fax: (804) 819-1163
cbeck@lawmh.com
sknarzer@lawmh.com
*Counsel for CFI*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

C. Jay Robbins, IV (VSB No. 22847)
C. Jay Robbins, IV P.C.
8003 Frankling Farms Road, Suite 233
Richmond, VA 23229
Phone: (804) 299-4208
Fax: (804) 774-7527
cjr@robbins.legal
*Counsel for Plaintiff*

/s/_____
D. Cameron Beck, Jr. (VSB No. 39195)
Sarah K. Knarzer (VSB No. 97063)
McCandlish Holton, PC
P.O. Box 796
1111 E. Main Street, Suite 2100
Richmond, Virginia 23219
Tel.: (804) 344-6322
Fax: (804) 819-1163
cbeck@lawmh.com
sknarzer@lawmh.com
*Counsel for CFI*