Patrick D. Gilroy, Jr., OSB No. 832106
E-Mail: pgilroy@nwtlpc.com
NW TRANSPORTATION LAWYERS, PC
5200 Meadows Road, Suite 150
Lake Oswego, OR 97035
Tel. (503) 726-0373
Fax (503) 455-5610
    Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| NSA AUTO TRANSPORT, LLC, | Case No. 3:23-cv-00512-SI |
| Plaintiff, | |
| v. | STIPULATED NOTICE FOR DISMISSAL WITH PREJUDICE |
| CONTRACT FREIGHTERS, INC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, through their respective attorneys of record, do hereby stipulate to the dismissal of this action in its entirety, including all claims asserted by all parties, with prejudice and without an award of attorney fees or costs to either party.

///

///

///

Page 1 – STIPULATED NOTICE FOR DISMISSAL WITH PREJUDICE

The parties ask the Court to enter judgment with prejudice dismissing this action and without an award of attorney fees or costs to either party.

IT IS SO STIPULATED.

DATED this 12th day of March 2024.

NW TRANSPORTATION LAWYERS, P.C.

*Patrick Gilroy*
Patrick D. Gilroy, OSB No. 032106
Email: pgilroy@nwtlpc.com
*Of Attorneys for Defendants*

DAWSON LAW GROUP, P.C.

Bryan Dawson, OSB # 990123
Email: bryan@dawlaw.net
*Of Attorneys for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The above captioned matter is hereby dismissed with prejudice. The parties shall bear their own costs.

DATED: _____

_____
United States District Court Judge

Page 2 – STIPULATED NOTICE FOR DISMISSAL WITH PREJUDICE

NW TRANSPORTATION LAWYERS, PC
5200 MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OR 97035
Tel. 503-726-0373
Fax 503-455-5610