IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NSA AUTO TRANSPORT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRACT FREIGHTERS, INC,<br><br>　　　　Defendant. | Case No. 3:23-cv-512-SI<br><br>**JUDGMENT** |

Based on the stipulation of the parties,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice and without an award of attorney fees or costs to either party.

DATED this 20th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT